MAPN,PHV

# U.S. District Court
# Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:21−cv−00767−FJG

| | |
|---|---|
| Heitzman v. Calvert's Express Auto Service & Tire, LLC | Date Filed: 10/21/2021 |
| Assigned to: District Judge Fernando J. Gaitan, Jr | Jury Demand: Plaintiff |
| Cause: 29:201 Fair Labor Standards Act | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jeremy Heitzman**  represented by  **Sarah Jane Hunt**
*and on behalf of all others similarly situated*

Kennedy Hunt PC
4500 West Pine Blvd.
Saint Louis, MO 63108
314−872−9041
Fax: 314−872−9043
Email: sarahjane@kennedyhuntlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William Clifton Alexander**
Anderson Alexander, PLLC
819 N. Upper Broadway
Corpus Christi, TX 78401
361−452−1279
Email: clif@a2xlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Thomas E. Kennedy , III**
Kennedy Hunt P.C.
4500 West Pine Blvd.
St Louis, MO 63108
314−872−9041
Email: tkennedy@kennedyhuntlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Calvert's Express Auto Service & Tire, LLC**  represented by  **Nicholas Porto**
Porto Law Firm
1616 W. 45th St.
Kansas City, MO 64111
816−463−2311
Fax: 816−463−9567
Email: nporto@portolaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stephen J. Moore**
Krigel & Krigel, PC
4520 Main Street
Suite 700
Kansas City, MO 64111
816–756–5800
Email: sjmoore@krigelandkrigel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2021 | Ï 1 | COMPLAINT against Calvert's Express Auto Service & Tire, LLC filed by Thomas E. Kennedy, III on behalf of Jeremy Heitzman. Filing fee $402, receipt number AMOWDC–7638599. Service due by 1/19/2022 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Kennedy, Thomas) (Entered: 10/21/2021) |
| 10/21/2021 | Ï 2 | DISCLOSURE OF CORPORATE INTERESTS filed by Thomas E. Kennedy, III on behalf of Plaintiff Jeremy Heitzman.(Kennedy, Thomas) (Entered: 10/21/2021) |
| 10/21/2021 | Ï 3 | NOTICE of appearance by Thomas E. Kennedy, III on behalf of Jeremy Heitzman (Kennedy, Thomas) (Entered: 10/21/2021) |
| 10/22/2021 | Ï 4 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.**<br><br>**Notice of MAP assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Woods, Gloria) (Entered: 10/22/2021) |
| 10/25/2021 | Ï | SUMMONS ISSUED as to Calvert's Express Auto Service & Tire, LLC. (Woods, Gloria) (Entered: 10/25/2021) |
| 11/07/2021 | Ï 5 | NOTICE of appearance by Sarah Jane Hunt on behalf of Jeremy Heitzman (Attorney Sarah Jane Hunt added to party Jeremy Heitzman(pty:pla))(Hunt, Sarah) (Entered: 11/07/2021) |
| 11/09/2021 | Ï 6 | RETURN OF SERVICE of complaint executed by Jeremy Heitzman. Calvert's Express Auto Service & Tire, LLC served on 11/2/2021, answer due 11/23/2021. (Hunt, Sarah) (Entered: 11/09/2021) |
| 11/23/2021 | Ï 7 | MOTION to dismiss case *for Forum Non Conveniens Based on Forum Selection Clause* filed by Stephen J. Moore on behalf of Calvert's Express Auto Service & Tire, LLC. Suggestions in opposition/response due by 12/7/2021 unless otherwise directed by the court. (Attorney Stephen J. Moore added to party Calvert's Express Auto Service & Tire, LLC (pty:dft))(Moore, Stephen) (Entered: 11/23/2021) |
| 11/23/2021 | Ï 8 | SUGGESTIONS in support re 7 MOTION to dismiss case *for Forum Non Conveniens Based on Forum Selection Clause* filed by Stephen J. Moore on behalf of Defendant Calvert's Express Auto Service & Tire, LLC. (Attachments: # 1 Exhibit 1 – Declaration of Gary Calvert)(Related |

| | | |
|---|---|---|
| | | document(s) 7 ) (Moore, Stephen) (Entered: 11/23/2021) |
| 11/23/2021 | 9 | MOTION for extension of time to file answer filed by Stephen J. Moore on behalf of Calvert's Express Auto Service & Tire, LLC. Suggestions in opposition/response due by 12/7/2021 unless otherwise directed by the court. (Moore, Stephen) (Entered: 11/23/2021) |
| 11/24/2021 | 10 | NOTICE of appearance by Nicholas Porto on behalf of Calvert's Express Auto Service & Tire, LLC (Attorney Nicholas Porto added to party Calvert's Express Auto Service & Tire, LLC (pty:dft))(Porto, Nicholas) (Entered: 11/24/2021) |
| 11/29/2021 | 11 | RULE 16 NOTICE. Proposed scheduling order due by 1/12/2022. Rule 26 conference due by 12/29/2021. Signed on 11/29/21 by District Judge Fernando J. Gaitan, Jr. (Diefenbach, Tracy) (Entered: 11/29/2021) |
| 12/01/2021 |  | NOTICE of filing: Mediation and Assessment Program Reminder: Your Designation of Mediator is due soon (filed as an ADR event in CM/ECF). See Notice of Inclusion and MAP General Order for specifics. (ADI, MAP) (Entered: 12/01/2021) |
| 12/03/2021 | 12 | MOTION for extension of time to file response/reply as to 7 MOTION to dismiss case *for Forum Non Conveniens Based on Forum Selection Clause* filed by Sarah Jane Hunt on behalf of Jeremy Heitzman. Suggestions in opposition/response due by 12/17/2021 unless otherwise directed by the court. (Related document(s) 7 ) (Hunt, Sarah) (Entered: 12/03/2021) |
| 12/03/2021 | 13 | Proposed MOTION for order filed by Sarah Jane Hunt on behalf of Jeremy Heitzman. Suggestions in opposition/response due by 12/17/2021 unless otherwise directed by the court. (Hunt, Sarah) (Entered: 12/03/2021) |
| 12/03/2021 |  | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 12/3/21 as Document No. 13, Proposed Order. The proposed order has been deleted. Per Administrative Procedures any proposed orders are not to be filed on ECF and are to be emailed to the Courtroom Deputy in Word format. This is a text entry only – no document is attached. (Diefenbach, Tracy) (Entered: 12/03/2021) |
| 12/03/2021 | 14 | Before this Court is 12 PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S 7 MOTION TO DISMISS. Consent being stated, the motion is granted. Plaintiff shall file a responsive pleading on or before 12/14/2021. Signed on 12/3/21 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 12/03/2021) |
| 12/13/2021 | 15 | MOTION for extension of time to file response/reply filed by Sarah Jane Hunt on behalf of Jeremy Heitzman. Suggestions in opposition/response due by 12/27/2021 unless otherwise directed by the court. (Hunt, Sarah) (Entered: 12/13/2021) |
| 12/14/2021 | 16 | Before this Court is 15 PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO 7 DEFENDANT'S MOTION TO DISMISS FOR FORUM NON CONVENIENS. Consent being stated, the motion is granted. Suggestions in opposition due by 12/21/2021. Signed on 12/14/21 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 12/14/2021) |
| 12/14/2021 | 17 | Motion to allow William Clifton Alexander to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–7713238) filed by Sarah Jane Hunt on behalf of Jeremy Heitzman. (Hunt, Sarah) (Entered: 12/14/2021) |
| 12/15/2021 | 18 | ORDER granting 17 motion to appear pro hac vice entered by Clerk of Court. Attorney William Clifton Alexander for Jeremy Heitzman allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

|  |  |  |
|---|---|---|
|  |  | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 12/15/2021) |
| 12/21/2021 | 19 | Joint MOTION to reassign/transfer case *Transfer Venue* filed by Sarah Jane Hunt on behalf of Jeremy Heitzman. Suggestions in opposition/response due by 1/4/2022 unless otherwise directed by the court. (Hunt, Sarah) (Entered: 12/21/2021) |
| 12/29/2021 | 20 | ORDER granting 19 motion to transfer venue. The case is transferred to the United States District Court for the District of Kansas for all further proceedings. Signed on 12/29/2021 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 12/29/2021) |