# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JEREMY HEITZMAN,**
and on behalf of all others similarly situated,

Plaintiff,

v.

**CALVERT'S EXPRESS AUTO SERVICE & TIRE, LLC,**

Defendant.

**Case No. 2:22-cv-02001-JAR-ADM**

## PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT SUPERVISED NOTICE TO PUTATIVE CLASS MEMBERS PURSUANT TO 29 U.S.C. § 216(b)

**TO THE HONORABLE DISTRICT COURT:**

Plaintiff Jeremy Heitzman, on behalf of himself and all opt-in plaintiffs and others similarly situated ("Plaintiff and the Putative Class Members"), respectfully move, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), for entry of an order:

1. Conditionally certifying the proposed collective FLSA class as defined herein;

2. Implementing a procedure whereby Court-approved Notice of Plaintiff's FLSA claims is sent (via U.S. Mail, e-mail, text-message and posting) to:

> All Current and Former Employees Who Were Paid a Day Rate While Working For Calvert's Express Auto Service & Tire Anywhere In The United States, At Any Time From October 21, 2018, Through The Date The Court Grants Conditional Certification

3. Approving a Reminder Notice to be sent to Putative Class Members halfway through the 90-day notice period; and

4. Requiring Defendant to, within fourteen (14) days of this Court's order, identify all Putative Class Members by providing a list in electronic and importable format, of the names, addresses, e-mail addresses, and cell phone numbers of all Putative Class Members who worked for Defendant at any time from October 21, 2018 through the date of the Order granting conditional certification.

This Motion is based on the pleadings, memoranda, declarations, and argument of Counsel. The relief sought is appropriate for the reasons discussed in the Memorandum of Law filed contemporaneously herewith.

Dated: June 10, 2022                                    Respectfully submitted,

**PAUL LLP**                                            **ANDERSON ALEXANDER, PLLC**

/s/ *Laura C. Fellows*                                  Clif Alexander (*Pro Hac Vice)*
Richard M. Paul III (KS #17778)                         Texas Bar No. 24064805
Laura C. Fellows (KS #26201)                            Austin W. Anderson (*Pro Hac Vice*)
601 Walnut Street, Suite 300                            Texas Bar No. 24045189
Kansas City, Missouri 64106                             819 N. Upper Broadway
Telephone: (816) 984-8100                               Corpus Christi, Texas 78401
Rick@PaulLLP.com                                        Telephone: (361) 452-1279
Laura@PaulLLP.com                                       Facsimile: (361) 452-1284
                                                        clif@a2xlaw.com
                                                        austin@a2xlaw.com


**COUNSEL FOR PLAINTIFF AND
THE PUTATIVE CLASS MEMBERS**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on June 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Laura C. Fellows*

3