# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **JEREMY HEITZMAN** and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CALVERT'S EXPRESS AUTO SERVICE & TIRE, LLC,** <br><br> Defendant. | Civil Action No. 2:22-CV-02001-JAR-JPO <br><br> **JURY TRIAL DEMANDED** <br><br> **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** <br><br> **CLASS ACTION PURSUANT TO FED. R. CIV. P. 23(b)(3)** |

## JOINT REVISED NOTICE

Pursuant to the Court's October 6, 2022 Order (ECF No. 65), Plaintiff Jeremy Heitzman, individually and on behalf of all Putative Class Members and Calvert's Express Auto Service & Tire, LLC (the "Parties") file their agreed revised Notice, attached as Exhibit 1.

Date: October 17, 2022                              Respectfully submitted,

                                                    **PAUL LLP**

By:    /s/ *Laura C. Fellows*
        **Richard M. Paul III** (KS #17778)
        Rick@paullp.com
        **Laura C. Fellows** (KS #26201)
        Laura@paulllp.com
        601 Walnut Street, Suite 300
        Kansas City, Missouri 64106
        Telephone: (816) 984-8100

                      **ANDERSON ALEXANDER, PLLC**

By:    /s/ *Clif Alexander*
          **Clif Alexander** *(Admitted Pro Hac Vice)*
          Texas Bar No. 24064805
          clif@a2xlaw.com
          **Austin W. Anderson** *(Admitted Pro Hac Vice)*
          Texas Bar No. 24045189
          austin@a2xlaw.com
          819 N. Upper Broadway
          Corpus Christi, Texas 78401
          Telephone: (361) 452-1279
          Facsimile: (361) 452-1284

          ***Counsel for Plaintiff and the Putative Collective/Class Members***

          **THE PORTO LAW FIRM**

By:    /s/ *Nicholas J. Porto*
          Nicholas J. Porto    MO #56938
          1616 West 45th Street
          Kansas City, Missouri 64111
          Telephone:    816.463.2311
          Facsimile:    816.463.9567
          nporto@portolaw.com

          **KRIGEL AND KRIGEL, P.C.**

By:    /s/ *Stephen J. Moore*
          Stephen J. Moore    MO #59080
          4520 Main Street, Suite 700
          Kansas City, Missouri 64111
          Telephone:    816-756-5800
          Facsimile:    816-756-1999
          sjmoore@krigelandkrigel.com

          ***Attorneys for Defendant Calvert's Express Auto Service & Tire, LLC***

*Joint Revised Notice*           Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Kansas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Laura C. Fellows*
Laura C. Fellows